**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 13-cr-00458-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JOHN J. BONNEY,

     Defendant.

---

## ORDER EXONERATING BOND

---

     This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

     **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

     **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

     DATED at Denver, Colorado, this 2nd day of June, 2014.

                                                      BY THE COURT:

                                                      *[signature: Bob Blackburn]*
                                                      Robert E. Blackburn
                                                      United States District Judge